# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Linwood Boykin <br> *Petitioner* <br> v. <br> Kenny Atkinson, Warden FCI-Edgefield <br> *Respondent* | ) <br> ) <br> ) Civil Action No. 4:13-cv-766-RBH <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❒ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❒ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____ .

■ other: This petition is dismissed without prejudice.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge. The court accepts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date: October 15, 2013

*CLERK OF COURT*

s/Debbie Stokes

*Signature of Clerk or Deputy Clerk*